# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 26-cr-98** |
| | ) | |
| **COLE TOMAS ALLEN,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Assistant Federal Public Defender Suzanne Zakaria

on behalf of the defendant, Cole Tomas Allen, in the above captioned matter.


Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER


/s/

_____
SUZANNE ZAKARIA
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500
Suzanne_zakaria@fd.org