**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **CRIMINAL NO. 26-CR-98-TNM** |
| **v.** | **:** | |
| | **:** | |
| **COLE TOMAS ALLEN,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## DEFENDANT'S CONSENT MOTION TO MODIFY PROTECTIVE ORDER GOVERNING DISCOVERY

Cole Tomas Allen, through his attorneys, and with consent of the United States, respectfully requests that this Honorable Court modify the Court's Protective Order, ECF No. 35, to amend paragraph in the following manner:

9.  Restrictions on Use of AI to process Sensitive Materials.  **Absent agreement, n**o person or entity authorized to have access to Sensitive materials under the terms of this Order shall input, transmit, upload, process, generate output from, or otherwise expose any Sensitive materials received pursuant to this Order to any artificial intelligence ("AI") tool.  "AI tool" means any automated system that uses statistical modeling, machine learning, or similar techniques to process inputs and generate outputs, recommendations, or predictions, including but not limited to large language models, generative AI services, or AI-assisted software tools, whether cloud-based or otherwise.

**The parties agree that Everlaw or any other industry standard ediscovery tool are permissible for use to process Sensitive Materials.**

1

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


      /s/
_____
TEZIRA ABE
SUZANNE ZAKARIA
EUGENE OHM
Assistant Federal Public Defenders
625 Indiana Ave. N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500