**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **26-CR-98-TNM** |
| **COLE TOMAS ALLEN** | : | |

**[PROPOSED] ORDER GRANTING MOTION TO REMOVE ALL RESTRAINTS**

Upon consideration of Mr. Allen's motion, and finding good cause, it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that Mr. Allen shall be presented without physical restraints at all future court proceedings.

SIGNED AND ENTERED this _____ day of _____ 2026.

______________________________________
THE HONORABLE TREVOR N. MCFADDEN
UNITED STATES DISTRICT JUDGE