**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | | **1:26-CR-98 (TNM)** |
| | **:** | |
| **COLE TOMAS ALLEN** | **:** | |

**NOTICE OF FILING**

Undersigned counsel, on behalf of Cole Allen, respectfully submit the attached for filing in the docket.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
TEZIRA ABE
EUGENE OHM
SUZANNE ZAKARIA
Assistant Federal Public Defenders
625 Indiana Ave, NW
Suite 550
Washington, DC 20004
(202) 208-7500

# FEDERAL PUBLIC DEFENDER
**DISTRICT OF DISTRICT COLUMBIA**

**625 Indiana Ave. NW.**
**Washington, DC 20004**
**(202) 208-7528**
**FAX (202) 208-7515**

**FEDERAL PUBLIC DEFENDER**
**A.J. KRAMER**


**August 19, 2026**

Jocelyn Ballentine
Charles Jones
Adam Barry
Assistant United States Attorneys
555 Fourth St. NW
Washington D.C. 20053

Re: United States v. Cole Allen, 26-cr-98

Dear Counsel:

We are writing to remind you of the discovery requests that we made by email on July 29, 2026. We acknowledge receipt of your August 18, 2026 email stating the government's intent to address our requests, and submit this letter to formalize and expand on our July 29, 2026 email. We are also writing to request a Bill of Particulars.

First, we reiterate our July 29th requests. Specifically, we again request the following information:

1. The full case files (data files, statistical information when applicable, raw data, photos, bench notes, lab procedures, validation materials, evidence control procedures, quality control docs, etc.) for all of your forensic examinations, including:
   a. the Ballistics and Toolmarks examinations
   b. DNA examinations,
   c. Metallurgy examinations
   d. Other examinations by firearms examiners
   e. FTIR analysis
   f. other trace evidence analysis including hair and fiber examinations; and
   g. fingerprint examinations.

2. All Total Station data collected in this case
3. A reproduction of Bates No 5736-6360 which are printed too small to be legible.

4. All outstanding video files. We have a small handful of videos but have seen references to dozens that do not appear to be in any of the productions we have thus far received. We also request all native video files in their entirety with original file names.
5. All warrant return data for social media accounts, including the complete data sets for Twitter, Bluesky, and Discord. Please provide the warrant returns for these accounts, and for any other social media accounts for which returns were received, in the exact format in which they were received from the providers.

Second, we also write to request a Bill of Particulars as to Count 2 in the Indictment, filed May 5, 2026. A bill of particulars serves to provide a defendant with essential details of the charges against him to ensure that he is adequately "informed of the nature and cause of the accusation" under the Sixth Amendment and can be prepared to meet the charges and avoid surprise. *See Russell v. United States*, 369 U.S. 749, 763 (1962).

In Count Two, you charge Mr. Allen with Assaulting an Officer or Employee of the United States with a Dangerous Weapon, in violation of 18 U.S.C. §111(a) and (b). You allege that Mr. Allen "did knowingly and by means and use of a dangerous and deadly weapon, that is, a shotgun, forcibly assault, intimidate, and interfere with V.G." Please proffer the facts from which you have charged Mr. Allen with an offense that requires proof of the means and/or the use of a dangerous and deadly weapon.

In addition, please indicate the nature of the assaultive conduct you are alleging for Mr. Allen.

We would appreciate a timely response so that we may provide the Court with an accurate status of our progress and to file a Motion with the Court under Federal Rule of Criminal Procedure 7(f) if you decline to provide a Bill of Particulars.

Please let us know if you have any questions.

Best,

Tezira Abe
Eugene Ohm
Suzanne Zakaria
Attorneys for Cole Tomas Allen
Federal Public Defender for the
District of Columbia
625 Indiana Avenue, NW
Washington DC 20004