**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA :**

**:**

**v. 1:26-CR-98 (TNM)**

**:**

**COLE TOMAS ALLEN :**

**NOTICE OF FILING**

Undersigned counsel, on behalf of Cole Allen, respectfully submits the attached for filing in the docket.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

______/s/_______________

TEZIRA ABE
EUGENE OHM
SUZANNE ZAKARIA
Assistant Federal Public Defenders
625 Indiana Ave, NW, Fifth Floor
Washington, DC 20004
(202) 208-7500

# FEDERAL PUBLIC DEFENDER
## DISTRICT OF COLUMBIA

625 Indiana Ave. NW.
Washington, DC 20004
(202) 208-7528
FAX (202) 208-7515

FEDERAL PUBLIC DEFENDER
A.J. KRAMER


**October 28, 2026**

Jocelyn Ballentine
Charles Jones
Adam Barry
Assistant United States Attorneys
555 Fourth St. NW
Washington D.C. 20053

Re: United States v. Cole Allen, 26-cr-98

Dear Counsel:

We are writing to confirm that we received Discovery Production 7 yesterday, October 27, 2026.

The latest production consists of 54 gigabytes; 28, 852 files; and 6,298 folders. It appears that a significant number of the files are files that contain FARO data that cannot be opened without specialized software. Although we have been working as quickly as we can to see what is on those files, we have not been able to access a vast majority of this data, both due to the timing of your production and also due to the lack of necessary software.

For one, we have thus far been unable to open the Scene2Go software that we understand would at least access a simplified version of the data. The .exe file closes immediately after attempting to open. Please advise as to whether you can provide a different program to allow us to access this discovery.

We also understand that there is additional software that is required to access the FARO data that you produced. There are hundreds of files that have extensions that we are unfamiliar with (e.g. .fls,, .sig., .sha) and hundreds without any extension at all. Given the importance of this evidence to this case and the subjective nature of the analysis, we request that you provide us ***all*** of the information in the government's possession and also the ability to access that information. We further request that you provide this discovery, particularly materials involving testing or forensic analysis, as soon as you can. If you cannot provide the necessary software please at least let us know where we can obtain the proper software.

We would appreciate a timely response so that we may provide the Court with an accurate status of our progress.

Please let us know if you have any questions.

Best,

Tezira Abe
Eugene Ohm
Suzanne Zakaria
Attorneys for Cole Tomas Allen
Federal Public Defender for the
District of Columbia
625 Indiana Avenue, NW
Washington DC 20004